# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

CHAPTER 13 PLAN        MH
(INDIVIDUAL ADJUSTMENT OF DEBTS)

FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF THE PLAN

DEBTOR: Calvin Hunt    SS# xxx-xx-3311
SS#

ADDRESS: 1441 Alamo Street, Memphis, TN 38114

PLAN PAYMENT: Debtor to pay $ 306.00 Monthly

PAYROLL DEDUCTION:    OR ( X ) DIRECT PAY

BECAUSE: Social Security

FIRST PAYMENT:

ADMINISTRATIVE: Pay filing fee, trustee's fee, and debtor's attorney fee, pursuant to Court Order.
AUTO INSURANCE: ( )Not included in Plan ( ) Included in Plan

PAYMENT

CHILD SUPPORT: Future Support through Plan to
Child Support Arrearage to

PRIORITY CREDITORS:

HOME MORTGAGE: If no arrearage, ongoing payments are to be paid directly by the debtor(s).
ongoing payment begins
Approximate arrearage    Interest
ongoing payment begins
Approximate arrearage    Interest

ADEQUATE PROTECTION PAYMENTS SHALL BE ¼ (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT

| SECURED CREDITORS: (retain Lien 11 U.S.C. § 1325(a)(5)) | VALUE OF COLLATERAL | INTEREST RATE | MONTHLY PAYMENT |
|---|---|---|---|
| Ally Financial (2007 Cadillac DTS) | $ 8,700.00 | 5.25% | $ 180.00 |
| United Credit Corp (household goods) | $ 1,000.00 | 0.00% | $ 17.00 |
| Republic Finance (household goods) | $ 1,200.00 | 0.00% | $ 22.00 |

Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as unsecured debts. UNSECURED CREDITORS: Pay  to be determined  % of these claims after above claims are paid; ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT:                        ;
TERMINATION: Plan shall terminate upon payment of the above, approximately 60 months.